IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 APR 19 P 3: 45

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 2:07cr81-MEF |
| v. | ) | [18 U.S.C. § 1951(a)] |
| | ) | |
| GREGORY THOMPSON | ) | INFORMATION |
| | ) | |

The United States Attorney charges:

At all times relevant to this Information:

1. GREGORY THOMPSON, defendant herein, was a police officer with the Wetumpka, Alabama, Police Department working as a duly appointed and authorized law enforcement officer within the State of Alabama and the Middle District of Alabama.

2. GREGORY THOMPSON, while working as a police officer with the Wetumpka, Alabama, Police Department and under color of official right, received United States currency as payment for performing and withholding official acts.

### DEFENDANT EXTORTED MONEY IN RETURN FOR PERFORMING OR WITHHOLDING OFFICIAL ACTS

3. Paragraphs 1 and 2 above are incorporated by reference as if fully realleged herein.

4. On or about December 15, 2005, in Elmore County, within the Middle District of Alabama, GREGORY THOMPSON, acting in concert with others both known and unknown to the Grand Jury did knowingly, willfully, and unlawfully affect and attempt to affect interstate commerce and the movement of articles and commodities in interstate commerce by extortion in that the defendant unlawfully obtained Two Hundred Dollars ($200.00) of United States currency not due him or his office from Tony Mitchell, with his consent, knowing that the receipt of United States

currency was payment for performing and withholding official acts. All in violation of Title 18, United States Code, Section 1951(a).

LEURA G. CANARY
UNITED STATES ATTORNEY

Verne H. Speirs
Assistant United States Attorney