IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:07CR81-MEF |
| GREGORY THOMPSON | ) | |

ORDER

The defendant, Gregory Thompson, has indicated to the court that he wishes to enter a consent plea. Therefore, it is

ORDERED that the defendant shall appear with counsel on Thursday, 4-26-2007 at 11:00 a.m. in courtroom 4-A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery Alabama, to enter a consent plea.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this 23rd day of April, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE