AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

v.

GREGORY THOMPSON

**WAIVER OF INDICTMENT**

Case Number: 2:07CR81-MEF

I, GREGORY THOMPSON, the above named defendant, who is accused of violation of Title 18, United States Code, Section 1951(a), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4/26/07 (DATE) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer