IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-81-MEF |
| | ) | |
| GREGORY THOMPSON | ) | |

UNOPPOSED MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves this Court to continue the sentencing in this matter for 30 days. As grounds for this motion, the United States avers as follows:

1. Sentencing in this case is currently set for August 8, 2007.

2. During preparations for the sentencing of this matter, the undersigned counsel anticipated that its primary witness would be Special Agent Tyler McCurdy of the Federal Bureau of Investigation. Special Agent McCurdy was recently transferred to the FBI's San Juan, Puerto Rico field office. Prior to his departure for Puerto Rico, the undersigned discussed with Special Agent McCurdy his availability for sentencing. Special Agent McCurdy did not anticipate any difficulty returning to the United States for the Thompson sentencing.

3. Today, August 6, 2007, undersigned counsel received notice that Special Agent McCurdy has encountered unanticipated difficulties returning to the United States in time for the August 8, 2007, sentencing. Special Agent McCurdy is an important witnesses who will assist the Court in arriving at a reasonable sentence for Mr. Thompson.

4. As such, the United States respectfully requests a 30-day continuance of this matter to allow Special Agent McCurdy to return to the United States and assist the Court with the Thompson

sentencing.

    5.  Undersigned has discussed this matter with defendant's counsel Richard F. Matthews, Jr. Defendant does not oppose this continuance.

    WHEREFORE, the United States respectfully requests that this motion be GRANTED.

    Respectfully submitted this the 6th day of August, 2007.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Verne H. Speirs
        VERNE H. SPEIRS
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, Alabama 36104-3429
        334-223-7280
        334-223-7138 Fax
        verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-81-MEF |
| | ) | |
| GREGORY THOMPSON | ) | |

CERTIFICATE OF SERVICE

     I hereby certify that on August 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Richard F. Matthews, Jr., Esquire.

                                        Respectfully submitted,

                                        LEURA G. CANARY
                                        UNITED STATES ATTORNEY

                                        /s/ Verne H. Speirs
                                        VERNE H. SPEIRS
                                        131 Clayton Street
                                        Montgomery, Alabama 36104-3429
                                        334-223-7280
                                        334-223-7138 Fax
                                        verne.speirs@usdoj.gov