## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **IN UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **GREGORY THOMPSON** | ) | **Docket No.  2:07CR81-MEF**_____ |

The Court finds after considering all available evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community if released pending **voluntary surrender**.

[X] A.  It is ordered that the defendant be released and continued under the same conditions imposed by the U. S. Magistrate Judge on__April 26, 2007_.

[ ] B.  It is ordered that the defendant be remanded to the custody of the U.S. Marshal until the defendant posts the required bond as Ordered and/or agrees to comply with any other Ordered conditions of release as follows:

The defendant shall:

[ ] 1.  Execute an unsecured bond in the amount of $_____.

[ ] 2.  Execute a bail bond with surety in the amount of $ _____.

[ ] 3.  Not commit a federal, state or local crime during the period of release.

[ ] 4.  Refrain from possessing a firearm or other dangerous weapon.

[ ] 5.  Report to the Chief U. S. Probation Officer of this District, or his designee, in accordance with instructions.

[ ] 6.  Avoid all contact with the following named persons who are alleged victims and/or witness involved in this case:

_____

[ ] 7.  Refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance as defined in Section 102 of the Controlled Substances Act (21 U.S.C. 802) without a prescription by a licensed medical practitioner.

[ ] 8.  Be restricted to travel in _____.

[ ] 9.  Random drug testing as directed by the Probation Officer and participate in a drug treatment program if deemed necessary by the Probation Officer.

DATE:_August 8, 2007___

_____
Chief U.S. District Judge